IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KENNETH E. WEAVER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:11-CV-1347-N |
| | § | |
| MICHELLE PIWONSKI, | § | |
| | § | |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated July 15, 2011 and July 23, 2011, and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.  To the extent Defendant's purported objections relate to matters not raised previously before the Magistrate Judge (i.e., newly discovered evidence and abstention), those matters should be raised in the first instance before the Magistrate Judge.

**SIGNED** August 11, 2011.

_____
**DAVID C. GODBEY**
UNITED STATES DISTRICT JUDGE